EMIL LOSS et al., Respondents, v. CHARLES E. WETMORE, Appellant.

(Argued September 14th, 1871 ; decided November 10th, 1871.)

*C. F. Wetmore,* for appellant.

*Mitchell & Seymour,* for respondents.

Decided upon the facts in the case. CHURCH, Ch. J., reads opinion for affirmance.

All concur.

Judgment affirmed.